UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (TAMPA)

| | |
|---|---|
| In re: Jerry Wayne Munselle, II<br>Heidi LeAnn Munselle<br>Debtor | Case # 06-00831-KSJ<br><br>Chapter 13 |

## NOTICE OF REVOCATION OF POWER OF ATTORNEY

I, **Stewart Williams**, acting in my capacity as the Chairman and CEO of Sarsenstone Corporation, itself the successor-in-interest to Old Canal Financial (and hereinafter noted as "Creditor"), am the creditor due that certain unclaimed dividend in this case that is now on the Registry of Unclaimed Funds - and I declare as follows:

1) Creditor was previously made aware of the fact that it is due certain funds as a dividend in this case – in the amount of **$ 1,100.48** - and had executed a Limited Power of Attorney ("LPOA") with Dilks & Knopik, LLC ("Agent") as is dated 10/27/10, in order to empower them to recover this money. A copy of the LPOA is enclosed herewith.

2) Agent filed its first motion for the recovery of these funds as is found at docket 73, dated 11/15/10, which motion was denied by this court due to deficiency. Agent made a subsequent amended motion as is found at docket 76, dated 12/6/10, which amended motion was likewise denied by this court due to deficiencies in the Agent's filings. Agent has made no subsequent corrective filings, and is no longer providing proper servicing of this recovery on behalf of Creditor.

3) For the above reasons, Creditor has decided that it is in Creditor's best interest to revoke and terminate the LPOA, and by execution below hereby formally revokes and terminates any and all authority such LPOA might grant to Agent. No filing should be made with the LPOA as support, and any filing currently in place which is dependent on the LPOA should be immediately denied and terminated.

4) Creditor has supplied a copy of this Notice to the following parties via pre-paid First Class US postage on the date of executed noted below:

| | | |
|---|---|---|
| Dilks & Knopik, LLC<br>ATTN: Brian Dilks<br>1760 Newport Way NW<br>Issaquah, WA 98027 | United States Attorney<br>ATTN: Civil Procedures Clerk<br>400 North Tampa St Ste 3200<br>Tampa, FL 33602 | USBC Middle District of Florida<br>ATTN: Clerk<br>801 N. Florida Ave Ste 727<br>Tampa, FL 33602 |

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

*Signature* – **Stewart Williams**

*Subscribed and Sworn before me this 3 day of June, 2011*
*Notary Public:* _____
*My Commission Expires* _____
*SEAL*

LORELEI ANN KREUTZER
Commission # 1806825
Notary Public - California
San Bernardino County
My Comm. Expires Aug 6, 2012

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

RE: Jerry Musello )  Case: 06-00831-8
)
)
)  **AUTHORITY TO ACT**
)  Limited Power of Attorney
Debtor(s) )  Limited to one Transaction

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Sarsenstone Corporation as successor in interest to Old Canal Financial Corporation** with a tax identification number of __80-0168702__, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $1,100.48 (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

Signature: _(signed)_    Date: October 27, 2010

Print Name: STEWART WILLIAMS    Title: CHAIRMAN, CEO

SARSENSTONE TAX ID (LAST 4 DIGITS): 8702

**SARSENSTONE CORPORATION**
P.O. Box 1231
Lake Gregory, CA 92325-1231

STEWART WILLIAMS
Chairman, Founder, Chief Executive

swilliams@sarsenstone.com
www.sarsenstone.com

Main (877) 338-9081
(909) 338-9080
Cell (909) 648-6460
Fax (909) 565-4301

Affix Corporate Seal Below Or if Corporate Seal Unavailable Sign Affidavit Below:

_AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE_
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for Sarsenstone Corporation as successor in interest to Old Canal Financial Corporation is presently unavailable to the undersigned
BY: _____
Signature and title

### ACKNOWLEDGMENT

STATE OF California )
COUNTY OF San Bernardino )

On this 27 day of October, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Stewart Williams known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC: Rosemarie Wiegand
Residing at: San Bernardino
My Commission expires: Feb 1, 2013


ROSEMARIE WIEGAND
Commission # 1834918
Notary Public - California
San Bernardino County
My Comm Expires Feb 1, 2013

See attached CA all purpose